UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRADIENT ENTERPRISES, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>SKYPE TECHNOLOGIES S.A. and SKYPE, INC.,<br><br>                Defendants. | Civil Action No. 10 CV 6712 (DGL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Stefan R. Stoyanov of Kasowitz, Benson, Torres & Friedman LLP is replacing Robert B. Wilson of Quinn Emanuel Urquhart & Sullivan LLP as attorney of record for Defendants Skype Technologies S.A. and Skype, Inc.

Pursuant to Local Rule 83.2(c), the undersigned affirms that Defendants Skype Technologies S.A. and Skype, Inc. have knowledge of and are in agreement with the counsel substitution.

Dated:  New York, New York
           January 6, 2012

Respectfully submitted,

KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP

By: /s/ Stefan R. Stoyanov
       Stefan R. Stoyanov

E-Mail: sstoyanov@kasowitz.com

1633 Broadway
New York, New York 10019
Tel:  (212) 506-1834
Fax:  (212) 506-1800

*Attorney for Defendants Skype Technologies S.A.*
 *and Skype, Inc.*