**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRADIENT ENTERPRISES, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>SKYPE TECHNOLOGIES S.A. and SKYPE, INC.,<br><br>                Defendants. | Civil Action No. 10 CV 6712 (DGL) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 06, 2012, I electronically filed the foregoing Notice of Substitution of Counsel on behalf of Defendants Skype Technologies S.A. and Skype, Inc. with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following counsel for Plaintiff:

    Donald W. O'Brien, Jr.
    Dennis B. Danella
    Woods Oviatt Gilman LLP
    700 Crossroads Building
    Two State Street
    Rochester, NY 14614

                                          By: /s/ Stefan R. Stoyanov
                                                 Stefan R. Stoyanov

                                        KASOWITZ, BENSON, TORRES
                                            & FRIEDMAN LLP
                                        1633 Broadway
                                        New York, New York 10019
                                        Tel: (212) 506-1834
                                        Fax: (212) 506-1800
                                        Email: sstoyanov@kasowitz.com

                                        *Attorney for Defendants Skype Technologies S.A.*
                                           *and Skype, Inc.*