UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRADIENT ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYPE TECHNOLOGIES S.A. and SKYPE, INC., <br><br> Defendants. | Civil Action No. 10 CV 6712 (DGL) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stefan R. Stoyanov of Kasowitz, Benson, Torres & Friedman LLP, hereby appears in the above-captioned action as counsel for Defendants Skype Technologies S.A. and Skype, Inc., and certifies that he is admitted to practice in this court and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated:  New York, New York
        January 6, 2012

Respectfully submitted,

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP

By:  */s/ Stefan R. Stoyanov*
        Stefan R. Stoyanov

sstoyanov@kasowitz.com

1633 Broadway
New York, New York 10019
Tel:  (212) 506-1834
Fax:  (212) 506-1800

*Attorney for Defendants Skype Technologies S.A. and Skype, Inc.*