UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GRADIENT ENTERPRISES, INC.,

                          Plaintiff,           ORDER ADMITTING COUNSEL
                                                      *PRO HAC VICE*

                           v.                         10-CV-6712L

SKYPE TECHNOLOGIES S.A. and
SKYPE, INC.,

                          Defendants.
_____

Upon defendants Skype, Inc. and Skype Technologies, S.A.'s Motion to Admit Counsel *Pro Hac Vice* (Docket # 34), dated February 28, 2012, and the supporting Affidavit of Stefan R. Stoyanov, sworn to on February 28, 2012, seeking the admissions of Douglas E. Lumish, Esq., *pro hac vice*, and Parker C. Ankrun, Esq., *pro hac vice*, in order to appear and participate in the above-captioned matter on behalf of defendants Skype, Inc. and Skype Technologies, S.A., and good cause having been shown, it is hereby

        ORDERED, that the applications of Douglas E. Lumish and Parker C. Ankrun to be admitted *pro hac vice*, are **GRANTED**; and it is further

        ORDERED, that Douglas E. Lumish and Parker C. Ankrun are admitted *pro hac vice* to this Court for the purpose of representing defendants Skype, Inc. and Skype Technologies,

S.A. in this lawsuit.  **Such admissions shall be effective upon the payment of the admission fees to the Clerk of the Court.**

    IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
      February 29, 2012.