# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

GRADIENT ENTERPRISES, INC.,

                Plaintiff,

    v.

SKYPE TECHNOLOGIES S.A. and
SKYPE, INC.,

                Defendants.

Civil Action No. 10 CV 6712 (DGL)

## CERTIFICATE OF SERVICE

I hereby certify that on January 06, 2012, I electronically filed the foregoing Notice of Appearance on behalf of Defendants Skype Technologies S.A. and Skype, Inc. with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following counsel for Plaintiff:

    Donald W. O'Brien, Jr.
    Dennis B. Danella
    Woods Oviatt Gilman LLP
    700 Crossroads Building
    Two State Street
    Rochester, NY 14614

By: _/s/   Stefan R. Stoyanov_
        Stefan R. Stoyanov

KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1834
Fax: (212) 506-1800
Email: sstoyanov@kasowitz.com

*Attorney for Defendants Skype Technologies S.A.
  and Skype, Inc.*