UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

GRADIENT ENTERPRISES, INC.,

                        Plaintiff,

     vs.

SKYPE TECHNOLOGIES S.A. and SKYPE, INC.,

                        Defendants.

**CERTIFICATE OF SERVICE**

Civ. Action No.: 10-CV-6712

     I, Donald W. O'Brien, Jr., Esq., hereby certify as counsel of record for the plaintiff that I have on this 11th day of April, 2012, caused to be electronically filed plaintiff's Amended Complaint with exhibit, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Stefan R. Stoyanov, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
sstoyanov@kasowitz.com

Douglass E. Lumish, Esq.

Parker C. Ankrum, Esq.
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
dlumish@kasowitz.com
pankrum@kasowitz.com

DATED: April 11, 2012
             Rochester, New York

WOODS OVIATT GILMAN LLP

By:   /s/ Donald W. O'Brien, Jr., Esq.
       Donald W. O'Brien, Jr., Esq.
       Dennis B. Danella, Esq.
       *Attorneys for Plaintiff*
       700 Crossroads Building
       2 State Street
       Rochester, New York 14614
       585.987.2800
       dobrien@woodsoviatt.com

{1256853:}