**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

GRADIENT ENTERPRISES, INC.,

                         Plaintiff,

    vs.

SKYPE TECHNOLOGIES S.A. and SKYPE, INC.,

                        Defendants.

**CERTIFICATE OF SERVICE**

Civ. Action No.: 10-CV-6712

     I, Donald W. O'Brien, Jr., Esq., hereby certify as counsel of record for the Plaintiff that I have on this 17th day of May, 2012, caused to be electronically filed Plaintiff's Motion to Dismiss Defendants' Counterclaim, Declaration of Donald W. O'Brien, Jr., Esq. and Memorandum of Law, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Michael B. Eisenberg, Esq. | Douglass E. Lumish, Esq. |
| Stefan R. Stoyanov, Esq. | Parker C. Ankrum, Esq. |
| Kasowitz, Benson, Torres & Friedman LLP | Kasowitz, Benson, Torres & Friedman LLP |
| 1633 Broadway | 333 Twin Dolphin Drive, Suite 200 |
| New York, New York 10019 | Redwood Shores, California 94065 |
| (212) 506-1834 | (650) 453-5170 |
| MEisenberg@kasowitz.com | dlumish@kasowitz.com |
| sstoyanov@kasowitz.com | pankrum@kasowitz.com |

DATED:  May 17, 2012
               Rochester, New York

WOODS OVIATT GILMAN LLP

By:   /s/ Donald W. O'Brien, Jr., Esq.
        Donald W. O'Brien, Jr., Esq.
        *Attorneys for Plaintiff*
        700 Crossroads Building
        2 State Street
        Rochester, New York 14614
        585.987.2800

dobrien@woodsoviatt.com

{1537749: }